Entered on Docket
February 24, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed February 23, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Ramon Tribuiani,
Fidalma Tribuiani,

      Debtors.

No. 16-40181

Chapter 7

**MEMORANDUM RE DEBTORS' MOTION TO REQUEST A HEARING AND OBJECT TO DISMISSAL**

On January 26, 2016, an *Order to File Required Documents Notice re Automatic Dismissal* ("*Order to File*") was entered (Doc. 4). Debtors were required to file certain outstanding documents within fourteen days of entry of the *Order to File*. Debtors did not file the required documents and the case was dismissed on February 11, 2016 (Doc. 11). The case was closed the same day.

Debtors filed the outstanding documents on February 22, 2016, nearly two weeks after the deadline (Doc. 14). Debtors also filed a *Motion to Request a Hearing and Object*

1

*to Dismissal* (Doc. 15.).  Debtors' *Motion* does not state a substantive basis for the Court to reconsider dismissal of the case.  For that reason, the Court is unwilling to reconsider dismissal or set the matter for hearing.

**End of Memorandum**

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | Ramon F Tribuiani |
| 4 | Fidalma V. Tribuiani |
| | 727 Alden Lane |
| 5 | Livermore, CA 94550 |